Daniel, J.
 

 We are of opinion that the decision of the Judge was right. The records of a .court, professing to state the judicial transactions of the said court itself, cannot be contradicted by parol evidence or any other proof, for they import verity in themselves. Bui the acts and doings out of court
 
 of
 
 a ministerial officer, as the clerk in issuing writs, constables and sheriffs in making returns on warrants, writs, &c., although required by law to be returned into a court of record, are only
 
 prima facie
 
 to be taken as true, and are not conclusive evidence of the truth of the things they write ; they may be contradicted by any evidence, and shown to be false, ante, dated, &c.
 

 Per Curiam, Judgment affirmed.